[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 18-13886
Non-Argument Calendar
_____

D.C. Docket No. 1:18-cr-20256-JEM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAUL SOSA, SR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(February 13, 2019)

Before MARCUS, NEWSOM and BRANCH, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal

waiver in Appellant's plea agreement is GRANTED.  *See United States v. Bushert*,

997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced

if it was made knowingly and voluntarily); *United States v. Bascomb*, 451 F.3d

1292, 1297 (11th Cir. 2006) (appeal waiver "cannot be vitiated or altered by comments the court makes during sentencing"); *United States v. Weaver*, 275 F.3d 1320, 1333 (11th Cir. 2001) (enforcing an appeal waiver where the district court referenced the waiver provision during the plea colloquy and the defendant confirmed that he understood the waiver provision and entered into it voluntarily and freely).